**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION**

| | |
|---|---|
| **UNITED STATES OF AMERICA,** )<br>)<br>)<br>**Plaintiff,** )<br>)<br>**v.** )<br>)<br>**RAY E. GRIGGERS II,** *et al.*, )<br>)<br>)<br>**Defendants.** )<br>_____) | **CIVIL ACTION NO. 5:22-cv-310 (MTT)** |

## ORDER

Defendant Ray E. Griggers II moved to alter or amend the Court's judgment pursuant to Rule 59(e) of the Federal Rules of Civil Procedure. ECF 155. The Court denied Griggers' motion. ECF 166. But Griggers subsequently filed a reply in support of his motion. ECF 167. The Court thus **VACATES** its prior Order denying Griggers' motion (ECF 166) and will reconsider the matter after reviewing Griggers' reply.

**SO ORDERED**, this 22nd day of September, 2025.

S/ Marc T. Treadwell
MARC T. TREADWELL
UNITED STATES DISTRICT COURT